**BARSHAY SANDERS, PLLC**
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yeshica Viquez Rivera, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Midland Credit Management, Inc.,<br><br>Defendant. | Case No. 3:20-cv-01440-CAB-MDD<br><br>**JOINT MOTION TO VOLUNTARILY DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin<br>Complaint Filed: July 27, 2020 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *with prejudice* with each side to bear its own attorney's fees and costs.

//
//
//
//
//

1 | SO STIPULATED

2 | DATED: November 19, 2020

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*

**SOLOMON WARD SEIDENWURM & SMITH LLP**

By: */s Leah S. Strickland*
Leah S. Strickland, Esq.
401 B Street, Suite 1200
San Diego, CA 92101
Tel: (619) 231-0303
*Attorneys for Defendant*

I, Craig B. Sanders, am the filer of the foregoing Joint Motion, and hereby certify that pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated:   November 19, 2020

**BARSHAY SANDERS, PLLC**
*/s  Craig B. Sanders*
Craig B. Sanders, Esq.
*Attorneys for Plaintiff*